Nicholas M. Wajda (SBN 259178)
nick@wajdalawgroup.com
WAJDA LAW GROUP, APC
6167 Bristol Parkway, Suite 200
Culver City, California 90230
(310) 997-0471 Telephone

Attorney for the Plaintiff
CAROL LENZINI

David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
DCM SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL LENZINI, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DCM SERVICES, LLC,<br><br>Defendant. | CASE NO. 4:20-cv-07612-YGR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**<br><br>Current Response Date:  November 27, 2020<br>New Response Date:  December 18, 2020 |

    IT IS HEREBY STIPULATED between Plaintiff CAROL LENZINI ("Plaintiff") and Defendant DCM SERVICES, LLC ("Defendant"), through their respective counsel, as follows:

///

///

///

{00142721;1}

1

1  Defendant shall have an extension of time, up to and including December 18, 2020, within
2 which to respond to Plaintiff's Complaint on file herein.  This stipulation may be filed without
3 approval of the Court in accordance with Local Rule 6-1.

4

5 DATED: November 25, 2020                WAJDA LAW GROUP, APC

6

7                                         By: /s/ Nicholas M. Wajda
                                                Nicholas M. Wajda
8                                               Attorney for Plaintiff

9

10

11 DATED:  November 25, 2020               CARLSON & MESSER LLP
12

13
                                          By:     s/David J. Kaminski
14                                              David J. Kaminski
                                                Stephen A. Watkins
15                                              Attorneys for Defendant
                                                DCM SERVICES, LLC
16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION AND CERTIFICATE OF SERVICE**

I, David J. Kaminski, am the ECF user whose identification and password are being used to file the STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT provided their authority and concurrence to file that document.

DATED:  November 25, 2020                   CARLSON & MESSER LLP


                                            By:     /s/David J. Kaminski
                                                    David J. Kaminski
                                                    Stephen A. Watkins
                                                    Attorneys for Defendant
                                                    DCM SERVICES, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2020, a true and correct copy of the foregoing STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT was filed through the ECF system, which will send notification of such filing to the following e-mail address(es):

nick@wajdalawgroup.com

DATED: November 25, 2020　　　　　　CARLSON & MESSER LLP

By:　　s/David J. Kaminski
　　　David J. Kaminski
　　　Stephen A. Watkins
　　　Attorneys for Defendant
　　　DCM SERVICES, LLC