**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CAROL LENZINI,** | Case No.  4:20-cv-07612-YGR |
| Plaintiff, | **ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| **DCM SERVICES, LLC**, | Re: Dkt. No. 12 |
| Defendant. | |

On December 18, 2020, defendant DCM Services, LLC ("DCM Services") filed a motion to dismiss plaintiff Carol Lenzini's class action complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  (Dkt. No. 12.)  On January 4, 2021, Lenzini filed an amended complaint against DCM Services.  (Dkt. No. 15.)

In light of the filing of Lenzini's amended complaint, DCM Services' motion to dismiss is **DENIED AS MOOT**.  DCM Services shall respond within fourteen (14) days of the filing of the amended complaint.

This Order terminates Docket Number 12.

**IT IS SO ORDERED.**

Dated: January 6, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**