David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
DCM SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL LENZINI, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DCM SERVICES, LLC,<br><br>Defendant. | CASE NO. 4:20-cv-07612-YGR<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO 12(B)(1) AND 12(B)(6)**<br><br>**Date:   February 23, 2021**<br>**Time:   2:00 p.m**<br>**Place:   Ctrm 1, 4th Floor**<br><br>Hon. Yvonne Gonzalez Rogers |

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on February 23, 2021 at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 1, 4th Floor, of the above-entitled United States District Court, located at the Oakland Courthouse, 1301 Clay Street, Oakland, CA 94612, Defendant DCM SERVICES, LLC ("Defendant") will and hereby does move, pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) for an order dismissing Plaintiff's First Amended Complaint. Plaintiff's First Amended Complaint fails to allege sufficient Article III injury-in-fact, and regardless, fails to state an actionable claim.

This Motion is based upon this Notice, upon the attached Memorandum of Points and Authorities, Defendant's Request for Judicial Notice, the Proposed Order, upon the complete

1 | records and file of the Court, and upon such other further evidence that may be properly
2 | presented at the matter.
3 | DATED:  January 19, 2021           CARLSON & MESSER LLP
4 |
5 |                                           By:    s/David J. Kaminski
6 |                                                  David J. Kaminski
                                                     Stephen A. Watkins
7 |                                                  Attorneys for Defendant
                                                     DCM SERVICES, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2021, a true and correct copy of the foregoing DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO 12(B)(1) AND 12(B)(6) was filed through the ECF system, which will send notification of such filing to the following e-mail address(es):

nick@wajdalawgroup.com

DATED: January 19, 2021                CARLSON & MESSER LLP

                                       By:    s/David J. Kaminski
                                              David J. Kaminski