# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL LENZINI, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DCM SERVICES, LLC,<br><br>Defendant. | CASE NO. 4:20-cv-07612-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO 12(B)(1) AND 12(B)(6)**<br><br>Date:   February 23, 2021<br>Time:   2:00 p.m.<br>Place:  Ctrm 1, 4th Floor<br><br>**Hon. Yvonne Gonzalez Rogers** |

Defendant DCM Services, LLC's ("Defendant") Motion to Dismiss Plaintiff CAROL LENZINI's ("Plaintiff") First Amended Complaint came before this Court. After reviewing the

briefs, supporting documents, exhibits, and the documents in the Court's file, and after considering the arguments of the parties, the Court rules as follows:

   Defendant's Motion is Granted.  Plaintiff's First Amended Complaint does not sufficiently allege injury-in-fact to establish Article III jurisdiction.  *See Adams v. Skagit Bonded Collectors, LLC*, No. 20-35158, 2020 WL 7055395 (9th Cir. Dec. 2, 2020).

   Moreover, Plaintiff's First Amended Complaint fails to state a claim.  Defendant's letter sufficiently identified the name of the creditor to whom the debt is owed as required by 15 U.S.C. 1692g(a)(2).  *See Smith v. Simm Assocs., Inc*., 926 F.3d 377, 381 (7th Cir. 2019).

IT IS SO ORDERED.


DATED:_____          _____
                                       Hon. Yvonne Gonzalez Rogers
                                       United States District Court Judge