Nicholas M. Wajda (Cal. Bar No. 259178)
WAJDA LAW GROUP, APC
6167 Bristol Parkway
Suite 200
Telephone:  310.997.0471
nick@wajdalawgroup.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(Oakland)**

| | |
|---|---|
| CAROL LENZINI, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DCM SERVICES, LLC,<br><br>Defendant. | Case No. 4:20-cv-07612-YGR<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO 12(b)(1) AND 12(b)(6) AND RESET MOTION HEARING DATE**<br>Motion to Dismiss Filed:   Jan. 19, 2021<br>Current Response Date:    Feb. 2, 2021<br>New Response Date:          Feb. 16, 2021<br>Current Hearing Date:        Feb. 23, 2021<br><br>*Honorable Yvonne Gonzalez Rogers* |

Plaintiff, CAROL LENZINI, and Defendant, DCM SERVICES, LLC, by and through their attorneys, having filed with this Court their Joint Stipulation to Extend Time to Respond to Defendant's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to 12(b)(1) and 12(b)(6) and Reset Motion Hearing Date, and the Court having reviewed same, it is hereby ORDERED:

1. The Joint Stipulation to Extend Time to Respond to Defendant's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to 12(b)(1) and 12(b)(6) and Resent Motion Hearing Date is **GRANTED**: plaintiff's response to the motion to dismiss is due on or before **February 16, 2021**; defendant's reply shall be filed on or before **February 23, 2021**. The hearing on the motion shall be held on **March 9, 2021** at **2:00p.m. PST** via the Zoom platform.

Dated: February 5, 2021

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE