Reset Form

1

2

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

3

4

CAROL LENZINI

                Plaintiff(s),

5          v.

6    DCM SERVICES, LLC

7                Defendant(s).

8

)
)
)
)
)
)
)
)
)
)
)
)

Case No: 4:20-cv-07612 __ YGR

**APPLICATION FOR**
**ADMISSION OF ATTORNEY**
**PRO HAC VICE** AND ORDER
(CIVIL LOCAL RULE 11-3)

9

I, Mohammed O. Badwan _____, an active member in good standing of the bar of
Northern District of Illinois , hereby respectfully apply for admission to practice *pro hac vice* in the
10    Northern District of California representing: Carol Lenzini _____ in the
above-entitled action. My local co-counsel in this case is Nicholas M. Wajda _____, an
11    attorney who is a member of the bar of this Court in good standing and who maintains an office
12    within the State of California.

13

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2500 S. Highland Ave., Ste. 200<br>Lombard, Illinois 60148 | 6167 Bristol Parkway, Suite 200<br>Culver City, California 90230 |
| MY TELEPHONE # OF RECORD:<br>(630) 575-8180 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 997-0471 |
| MY EMAIL ADDRESS OF RECORD:<br>mbadwan@sulaimanlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>nick@wajdalawgroup.com |

14

15

16

17    I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 6299011 ____.

18    A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

19    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.
20

*I declare under penalty of perjury that the foregoing is true and correct.*

21    Dated: 03/03/21                                  Mohammed O. Badwan                    ⊞
                                                    _____
22                                                              APPLICANT

23

# ORDER GRANTING APPLICATION
24    ## FOR ADMISSION OF ATTORNEY PRO HAC VICE

25    IT IS HEREBY ORDERED THAT the application of Mohammed O. Badwan _____ is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
26    appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.
27

28    Dated: 3/5/2021
                                          _____
                                          UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE
                                          YVONNE GONZALEZ ROGERS

*PRO HAC VICE* APPLICATION & ORDER                                      *October 2012*