1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL LENZINI, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DCM SERVICES, LLC,<br><br>Defendant. | CASE NO. 4:20-cv-07612-YGR<br><br>[PROPOSED] FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On May 26, 2021, this Court entered an order dismissing with prejudice Plaintiff Carol Lenzini's ("Plaintiff") claims under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, and dismissing without prejudice her claims under the Rosenthal Fair Debt Collection Practices Act ("Rosenthal Act"), Cal. Civ. Code § 1788 *et seq.* (ECF No. 30). Thus, all claims before the Court have been dismissed and the only federal claim before the Court has been dismissed with prejudice.

Accordingly, pursuant to Rule 58(b)(2)(B) of the Federal Rules of Civil Procedure, **FINAL JUDGMENT** is hereby entered as follows:

1. Judgment is entered for Defendant Services, LLC and against Plaintiff on the federal-law claims, and all state-law claims are dismissed without prejudice.

DATED: June 9, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**